# United States Court of Appeals
## For the First Circuit

No. 01-1043

CAMBRIDGE LITERARY PROPERTIES, Ltd.,

Plaintiff, Appellant,

v.

W. GOEBEL PORZELLANFABRIK G.m.b.H & Co. Kg.,
GOEBEL VERWALTUNGS - und BETEILIGUNGSGESELLSCHAFT m.b.H.,
the General Partner of GOEBEL PORZELLANFABRIK G.m.b.H. & Co. Kg.,
and its former General Partners, WILHELM GOEBEL and ULRICH
STOCKE, and GOEBEL ART G.m.b.H., d/b/a GOEBEL OF NORTH AMERICA,

Defendants, Appellees.

ERRATA

The opinion of this court issued July 9, 2002, should be amended as follows:

On page 7, line 9, replace "turns" with "turns,".

On page 8, line 1, replace "F.O.B." with "F.O.B.,".